IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02017-WYD

SHAUN C. DOLLEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 17), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the administrative law judge ("ALJ") to afford Plaintiff the opportunity to submit additional relevant evidence and attend a supplemental hearing.  The ALJ will obtain supplemental vocational expert testimony to determine whether Plaintiff can perform a significant number of jobs in the national economy.  The ALJ will proceed through the sequential evaluation process as necessary to reach a de novo decision.

    The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: January 11, 2016

                                        BY THE COURT:

                                        */s/ Wiley Y. Daniel*
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE